UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

JESUS PEREZ LOPEZ et al.,

        Plaintiffs,        Case No. 1:20-cv-706

v.        Honorable Paul L Maloney

DONALD EMERSON et al.,

        Defendants.
_____/

**JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiffs' *Bivens* action is **DISMISSED WITH PREJUDICE** for failure to state a claim under 28 U.S.C. §§ 1915(e)(2), 1915A.

Dated:  September 1, 2020        /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge